# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | | |
|---|---|---|
| CRAIG THOMAS JONES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE NO. |
| v. | * | 1:19-cv-00222-JRH-BKE |
| | * | |
| STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, CHARLES P. RETTIG, in his official capacity as Commissioner of Internal Revenue, and MICHAEL R. POMPEO in his official capacity as Secretary of State, and THE UNITED STATES, | * * * * * * * * | |
| Defendants. | * | |

## **MOTION FOR LEAVE OF ABSENCE**

COMES NOW the undersigned counsel and hereby moves for a leave of absence as follows:

1. I hereby certify that I am lead counsel for Plaintiff in the above captioned matter, and the interests of my client require that I be present for any proceeding in this case;

2. I hereby request a leave of absence for the period of February 13-15, 2020 because I will be a speaker at a CLE seminar in New Orleans; and

3. There are presently no matters scheduled in this or any other case during those dates.

Accordingly, I hereby move for a leave of absence from all trials, hearings, depositions, conferences, or other court proceedings that might be scheduled during the period of February 13-15, 2020.

Respectfully submitted this 3rd day of January, 2020.

*/s/ Craig T. Jones*
_____
CRAIG T. JONES
Ga. Bar No. 399476
Attorney for Defendant Poole

CRAIG T. JONES, P.C.
Post Office Box 129
Washington, Georgia 30673
(706) 678-2364
craigthomasjones@outlook.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 3rd day of January, 2020, I hereby served the foregoing on all counsel of record via the Court's efiling system.

                                             */s/ Craig T. Jones*_____
                                             Craig T. Jones
                                             Georgia Bar No. 399476
                                             Counsel for Plaintiff

CRAIG T. JONES, P.C.
Post Office Box 129
Washington, Georgia 30673
(706) 678-2364
craigthomasjones@outlook.com