# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| CRAIG THOMAS JONES, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION FILE NO. |
| v. | * | 1:19-cv-00222-JRH-BKE |
| | * | |
| STEVEN T. MNUCHIN, in his official capacity as Secretary of the Treasury, CHARLES P. RETTIG, in his official capacity as Commissioner of Internal Revenue, and MICHAEL R. POMPEO in his official capacity as Secretary of State, and THE UNITED STATES, | * * * * * * * * | |
| Defendants. | * | |

## NOTICE OF APPEAL

COMES NOW Plaintiff pursuant to FRAP Rule 3 and hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order and Judgment entered March 8, 2021 (Doc. 40 and 41) granting summary judgment to Defendants and denying Plaintiff's cross-motion for summary judgment (Doc. 27), which constitutes a final decision under 28 U.S.C. §1291 for which a direct appeal is permitted as a matter of right.

This Notice of Appeal is being filed electronically, and the payment of filing and docketing fees required by 28 U.S.C. §1913 and §1917 is being remitted electronically to the Clerk of this Court pursuant to FRAP 3(e), contemporaneously

with the filing of this Notice of Appeal.

    Respectfully submitted this 8th day of March, 2021.

                                                          */s/ Craig T. Jones*

                                                          Craig T. Jones
                                                          Plaintiff and Attorney for Plaintiff
                                                          Ga. Bar No. 399476

CRAIG T. JONES, P.C.
Post Office Box 129
Washington, Georgia 30673
(678) 643-0062
craigthomasjones@outlook.com

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing Notice of Appeal was served upon all counsel of record via electronic filing on this the 8th day of March, 2021.

                                                          */s/ Craig T. Jones*

                                                          Craig T. Jones
                                                          Plaintiff and Counsel for Plaintiff
                                                          Ga. Bar No. 399476